# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN ANDREW OKAMOTO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2347 |
| v. | : | (MANNION, D.J.) (MEHALCHICK, M.J.) |
| **NANCY A. BERRYHILL,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commission denying his claim for SSI benefits, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 29, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2347-01-ORDER.wpd